# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PARIS ARIZIEL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:15-cv-01928-SAB<br><br>ORDER EXTENDING TIME FOR PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF Nos. 3, 4)<br><br>Deadline: February 8, 2016 |

On December 31, 2015, an order issued requiring Plaintiff to file a long form application to proceed in forma pauperis within twenty days. (ECF No. 3.) On January 21, 2016, Plaintiff filed a response which the Court construes as a motion for an extension of time to comply with the December 31, 2015 order. The Court finds that good cause exists to extend the deadline. Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a long form application to proceed in forma pauperis on or before February 8, 2016. Failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **January 22, 2016**

UNITED STATES MAGISTRATE JUDGE

1