# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PARIS ARIZIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-01928-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(ECF No. 2, 6) |

Plaintiff Daniel Paris Ariziel filed a complaint on December 28, 2015, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. The Court found that Plaintiff's application was improperly completed. At the Court's direction, Plaintiff filed a long form application to proceed in forma pauperis on January 22, 2016. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

///

///

///

///

1

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated:   **January 25, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2